IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT W. COFFIELD and
DOREEN COFFIELD,

       Plaintiffs,

v.                                                  Civil Action No. 5:07CV28
                                                            (STAMP)
CONSOL ENERGY, INC. and
CONSOLIDATION COAL COMPANY,

       Defendants.

## ORDER GRANTING MOTION TO POSTPONE MEDIATION AND CONTINUING MEDIATION GENERALLY

On January 3, 2008, this Court entered an order scheduling mediation in the above-styled civil action to take place on February 7, 2008 at 9:00 a.m. On January 9, 2008, this Court entered an order granting the parties' joint motion to enlarge scheduling deadlines and an amended scheduling order in which the scheduling deadlines were enlarged by a period of six months. On February 5, 2008, the plaintiffs filed a motion to postpone the mediation. In support, the plaintiffs state that they are only at the preliminary stages of discovery and therefore do not believe that mediation would be beneficial at this time. The plaintiffs indicate that the defendants do not object to postponing the mediation. For good cause shown, the plaintiffs' motion to postpone mediation is GRANTED. The mediation set for February 7, 2008 at 9:00 a.m. is hereby VACATED and CONTINUED GENERALLY. Mediation will be rescheduled at a later date near the conclusion of the discovery period.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein and to the mediator.

DATED:    February 6, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE